[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPT 23, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-15066

_____

D. C. Docket No. 07-21512-CV-CMA

GREAT LAKES REINSURANCE (UK) PLC,

Plaintiff-Appellant,

versus

STEVEN POMARICO,
DENNIS DODSON,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(September 23, 2008)**

Before BIRCH and MARCUS, Circuit Judges and FORRESTER,[*] District Judge.

---

[*]Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia, sitting by designation.

PER CURIAM:

Having thoroughly reviewed the record and the briefs of the parties and having heard oral argument by counsel, we can find no abuse of discretion,[1] particularly in view of the "Savings to Suitors" clause of 28 U.S.C. § 1333(1)[2] and the familiarity of the Florida courts with maritime disputes. See, e.g. Carnival Corp. v. Carlisle, 953 So. 2d 461 (Fla. 2007). Therefore, we AFFIRM the judgment of the district court.

---

[1] See Wilton v. Seven Falls Co., 515 U.S. 277, 289-90, 115 S. Ct. 2137, 2144 (1995) (determining that a stay by the district court of a declaratory judgment action is reviewed for abuse of discretion).

[2] **28 U.S.C. § 1333. Admiralty, maritime and prize cases.**
The district courts shall have original jurisdiction, exclusive of the courts of the States, of:
(1) Any civil case of admiralty or maritime jurisdiction, *saving to suitors in all cases all other remedies to which they are otherwise entitled.*
(emphasis added).